IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**RICHARD NUNES,**
 Petitioner,

vs.            **CASE NO.: 5:08cv147/MCR/MD**

**MICHAEL MUKASEY,**
 Respondent.
_____/

**O R D E R**

  This cause comes on for consideration upon the magistrate judge's report and recommendation dated May 9, 2008. The petitioner previously has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a _de novo_ determination of those portions to which an objection has been made.

  Having considered the report and recommendation and all objections thereto timely filed by the parties, I have determined that the report and recommendation should be adopted.

  Accordingly, it is now ORDERED as follows:

  1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

  2. The petitioner's petition for writ of habeas corpus under § 2241 (doc. 1) is summarily denied.

  DONE AND ORDERED this 9th day of June, 2008.

            _s/ M. Casey Rodgers_
            **M. CASEY RODGERS**
            **UNITED STATES DISTRICT JUDGE**